**Larry Brandon MOORE,
Plaintiff-Appellant,**

v.

**Randy S. MULL, Disciplinary Hearing Officer, individually and in his official capacity; George T. Solomon, Director of N.C.D.P.S., D.A.C., individually and in their official capacity; Peck Taylor, Assistant Superintendent of Custody and Operations and Acting Superintendent at A.M.C.I., individually and in their official capacity, Defendants-Appellees.**

No. 16-7650

United States Court of Appeals,
Fourth Circuit.

Submitted: April 25, 2017

Decided: April 27, 2017

Larry Brandon Moore, Appellant Pro Se.

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Brandon Moore appeals the district court's order dismissing his 42 U.S.C.

§ 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we deny Moore's motion to appoint counsel and affirm for the reasons stated by the district court. *Moore v. Mull,* No. 1:16-cv-00249-FDW, 2016 WL 8711523 (W.D.N.C. Oct. 28, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*